Christopher M. Taylor
_(full name/prisoner number)_
68340   ISCC / J 120 B
P.O. Box   70010
Boise, ID   83707
_(complete mailing address)_

U.S. COURTS
NOV 2 3 2015
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

CHRISTOPHER M. TAYLOR                    ,

Petitioner,

v.

RANDY E. BLADES                    ,

Respondent (Warden).

Case No. 1:15-CV-00552-CWD
_(to be assigned by Court)_

**PETITION FOR WRIT OF HABEAS CORPUS**
_(§ 2254 - state custody)_

I request that the United States District Court grant my Petition and issue a Writ of Habeas Corpus to Respondent based on the following grounds.

**I. CONVICTION OR SENTENCE BEING CHALLENGED:**

1. (a) Name and location of court that entered the judgment of conviction being challenged:

   Fifth Judicial District Court, County of Jerome, Jerome Idaho.

   (b) Criminal docket or case number (if you know): CR-2011-0697

   (c) Date of the judgment of conviction (if you know): December 5, 2011

   (d) Date of sentencing: December 5, 2011

   (e) Length of sentence: Unified sentence of Life, comprised of a minimum
       (fixed) period of confinement of Life, followed by 0 years

2. In this case, were you convicted of more than one count or crime?   ☒ Yes   ☐ No

3. Identify all counts/crimes of which you were convicted/sentenced in this case: Aggravated Battery
   Count I, continued -

Petition for Writ of Habeas Corpus - p. 1                                  _(Rev. 10/24/2011)_

**ORIGINAL**

Count V: on a Peace Officer (Felony) enhanced Deadly weapon; + persistent violator enhancement. Aggravated Assault on a Peace Officer (Felony) enhanced pursuant to persistent violator I.C. § 19-2514. Alford plea entered August 29, 2011.

4. (a) What was your plea? (Check one) ☐ Not Guilty  ☐ Guilty  ☒ *Alford* Plea or No Contest

5. If you went to trial, what kind of trial did you have? (Check one) ☐ Jury  ☐ Judge only

## II. DIRECT APPEAL

1. Did you file a direct appeal from the judgment of conviction? ☒ Yes  ☐ No

2. If you did appeal, provide the following:

   (a) Name of court that heard your appeal: Idaho Court of Appeals

   (b) Docket or case number (if you know): No. 39844, 2013 Unpub. Opinion No. 610

   (c) Result: Affirmed judgment of conviction w/ deadly weapon & persistent violator enhancement(s), Affirmed order denying ICR 35 motion for reduction of sentences.

   (d) Date of result (if you know): August 1, 2013

   (e) Grounds raised: Sentencing Court failed to consider mitigating factors; the Sentence imposed is unduly harsh; the Sentencing Court abused its discretion in denying Taylor's Rule 35 motion for reduction of sentence.

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ☒ Yes  ☐ No  ☐ Not applicable. If yes, answer the following:

   (1) Result: Order Denying Petition for Review (Ref. No. 13-211)

   (2) Date of result (if you know): September 19, 2013

   (3) Grounds raised: Whether the Court of Appeals decided a question not heretofore determined by the Idaho Supreme Court and/or not in accord with applicable decisions of the ID. S. Ct. or the United States Supreme Court?
   Did the Court of Appeals err when it decided the district court did not abuse its discretion when it imposed unified sentences of fixed life in prison, no indeterminate, upon Mr. Taylor following his plea of guilty?
   Did the Court of Appeals err when it decided the district court did not abuse its discretion when it denied Mr. Taylor's Idaho Criminal Rule 35 (Rule 35) Motion For A Reduction Of Sentence?

## III. FIRST POST-CONVICTION ACTION

1   If you filed any post-conviction petition, application, or motion concerning this judgment of conviction or sentence in any state court, give the following information:

(a) Name of court: Fifth Judicial District Court, County of Jerome.

(b) Date of filing (if you know): September 19, 2014.

(c) Type of proceeding: Petition for Post-Conviction Relief, I.C. § 19-4901 et seq.

(d) Grounds raised: Ineffective Assistance of Trial Counsel (IATC); Ineffective Assistance of Appellate Counsel (IAAC). IATC - advised Taylor to plead guilty pursuant to a plea bargain that offered no incentive or advantage to Taylor, as opposed to proceeding to trial; IATC - failed to object to unlawful double enhancement of sentence & to fix that enhanced portion of that same sentence. IAAC & IATC - failed to challenge pers. violator & Alford

2.  Did you file an appeal? ☒ Yes ☐ No   If you did appeal, answer the following:

(a) Name of court that heard your appeal: pending, Idaho Court of Appeals

(b) Docket or case number (if you know): 2015 Docket No. 43000

(c) Result: pending, this filing is a protective filing to avoid AEDPA statute of limitation default. A stay and abeyance is requested pending
(d) Date of result (if you know): the conclusion of state court collateral proceedings.

(e) Grounds raised: IATC - improper application of Alford v. North Caraolina, inadequate advisement of potential fixed Life Sentence in lieu of plea agreement; IATC & IAAC - Due Process violations, imposition of sentence based on false, unreliable & incomplete information; IATC & IAAC - for counsel(s) failure to challenge illegal enhancements (weapons +, and then persistent violator +) no adequate or proper advisement prior to entering plea.

(f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the
Review will be sought should the Court of Appeals fail to remand PCR case.
Idaho Supreme Court? ☐ Yes   ☐ No   ☐ Not applicable.   If yes, answer the following:

(1) Result: _____

(2) Date of result (if you know): _____

(3) Grounds raised: _____

_____

_____

Petition for Writ of Habeas Corpus - p. 3                                    (Rev. 10/24/2011)

## IV. SECOND POST-CONVICTION ACTION

1. If you filed a second post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: n/a

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____

2. Did you file an appeal? ❑ Yes ❑ No  If you did appeal, answer the following:

    (a) Name of court that heard your appeal: n/a

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ❑ Yes ❑ No ❑ Not applicable.  If yes, answer the following:

    (1) Result: _____

    (2) Date of result (if you know): _____

    (3) Grounds raised: _____

## V. THIRD POST-CONVICTION ACTION

1. If you filed a third post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

   (a) Name of court: __n/a__

   (b) Date of filing (if you know): _____

   (c) Type of proceeding: _____

   (d) Grounds raised: _____

   _____

2. Did you file an appeal? ❏ Yes  ❏ No  If you did appeal, answer the following:

   (a) Name of court that heard your appeal: __n/a__

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Grounds raised: _____

   _____

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ❏ Yes  ❏ No  ❏ Not applicable.  If yes, answer the following:

   (1) Result: _____

   (2) Date of result (if you know): _____

   (3) Grounds raised: _____

   _____

## VI. CLAIMS FOR WHICH RELIEF IS REQUESTED IN THIS PETITION

For this petition, state every claim for which you allege that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four claims. State the legal basis/federal ground for your claim very briefly. Do not make extensive legal arguments on the petition form, but you may file a legal memorandum or brief either (1) with your petition

or (2) as your reply to the respondent's motion for summary dismissal or answer. Importantly, your petition should include all of the facts that support your claim.

1. **First Claim**

   (a) Legal Basis: IATC - see page 3, Section III., ¶ 1.
   Strickland v. Washington, 466 U.S. 668; Apprendi v. New Jersey, 530 U.S. 466
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: Amended petition will be filed following stay and abeyance, which will explicitly state the basis of all claims, the predicate facts and the controlling principles of law entitling Mr. Taylor to the writ of habeas corpus, and relief from the district court's abuse of discretion, excessive sentence, erroneous findings of fact, and other judicial errors.

   (c) Did you bring this claim before the Idaho Supreme Court? ❏ Yes ❏ No
   State court proceedings are currently pending.
   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion:_____

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

2. **Second Claim**

   (a) Legal Basis: IAAC - supra
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: Amended petition will be filed following stay and abeyance, which will explicitly state the basis of all claims, the predicate facts and the controlling principles of law entitling Mr. Taylor to the writ of habeas corpus, and relief from the district court's abuse of discretion, excessive sentence, erroneous findings of fact, and other judicial errors.

   (c) Did you bring this claim before the Idaho Supreme Court? ❑ Yes ❑ No
   State court proceedings are currently pending.
   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

3. **Third Claim**

    (a) Legal Basis: Due process violations of Fifth Amend. U.S. Constitution.
    *(State federal ground for your claim by citation or explanation in words.)*

    (b) Supporting Facts: Amended petition will be filed following stay and abeyance, which will explicitly state the basis of all claims, the predicate facts and the controlling principles of law entitling Mr. Taylor to the writ of habeas corpus, and relief from the district court's abuse of discretion, excessive sentence, erroneous findings of fact, and other judicial errors.

    (c) Did you bring this claim before the Idaho Supreme Court? ❏ Yes ❏ No
        State court proceedings are currently pending.
        (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion:

        (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

4. **Fourth Claim**

   (a) Legal Basis: <u>Fixed Life, with no possibility of parole = Eighth Amend.</u>
   *(State federal ground for your claim by citation or explanation in words.)*
   cruel and unusual punishment.

   (b) Supporting Facts: <u>Amended petition will be filed following stay</u>

   <u>and abeyance, which will explicitly state the basis of all</u>

   <u>claims, the predicate facts and the controlling principles</u>

   <u>of law entitling Mr. Taylor to the writ of habeas corpus, and</u>

   <u>relief from the district court's abuse of discretion, excessive</u>

   <u>sentence, erroneous findings of fact, and other judicial</u>

   <u>errors.</u>

   (c) Did you bring this claim before the Idaho Supreme Court? ❏ Yes ❏ No
   State court proceedings are currently pending.
   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why: _____

## VI. OTHER FEDERAL COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have previously filed any type of petition, application, or motion in federal court regarding the conviction or sentence, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result. Attach a copy of the decision if possible.

n/a

## VII. PENDING COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, and the current status.

Appeal from the Fifth District Court, Jerome County, Order Dismissing Petition For Post-Conviction Relief, Idaho Court of Appeals Docket No. 2015-43000

## VIII. REQUEST FOR APPOINTMENT OF COUNSEL

I ☒ do ☐ do not request the appointment of counsel. I believe counsel is necessary to assist me for the following reasons: I do not understand the law, needed help filing out all previous legal papers, including this packet / petition, have unresolved issues that make it improper for self-representation.

## IX. PRAYER FOR RELIEF

Petitioner asks that the Court grant the following relief: vacate the judgment and remand for further proceedings / re-sentence, and any other relief as justice so requires.

I declare (or verify) under penalty of perjury that the foregoing is true and correct, and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 11/ 19TH /2015.
*(month, date, year)*

Executed (signed) on 11/ 19 /2015
*(month, date, year)*

_____
*(signature of petitioner)*