# EXHIBIT - 1

Taylor v. Blades

Case No. 1:15-cv-00552-EJL

# In the Court of Appeals of the State of Idaho

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | REMITTITUR |
| Plaintiff-Respondent, | ) | |
| | ) | Docket No. 39844 |
| v. | ) | Jerome County # 2011-697 |
| | ) | |
| CHRISTOPHER MARK TAYLOR, | ) | |
| Defendant-Appellant. | ) | |

TO: FIFTH JUDICIAL DISTRICT, COUNTY OF JEROME.

The Court having announced its Unpublished Opinion in this cause August 1, 2013, and having denied Appellant's Petition for Review on September 19th, 2013; therefore,

IT IS HEREBY ORDERED that the District Court shall forthwith comply with the directive of the Unpublished Opinion, if any action is required.

DATED this 19th day of September, 2013.

for Clerk of the Court of Appeals
STATE OF IDAHO

cc: Counsel of Record
District Court Clerk
District Judge

# In the Supreme Court of the State of Idaho

STATE OF IDAHO, )
    Plaintiff-Respondent, ) ORDER DENYING PETITION
) FOR REVIEW
v. )
) Supreme Court Docket No. 39844-
CHRISTOPHER MARK TAYLOR, ) 2012; Jerome County Docket No.
) 2011-697
    Defendant-Appellant. )
Ref. No. 13-211

The Appellant having filed a PETITION FOR REVIEW on August 22, 2013 and a supporting BRIEF on September 6, 2013, seeking review of the Unpublished Opinion of the Court of Appeals filed August 1, 2013; therefore, after due consideration,

IT IS HEREBY ORDERED that Appellant's PETITION FOR REVIEW be, and hereby is, DENIED.

DATED this 19th day of September 2013.

By Order of the Supreme Court

/s/ Stephen W. Kenyon, Clerk

cc: Counsel of Record

# EXHIBIT - 2

Taylor v. Blades
Case No. 1:15-cv-00552-EJL

# In the Court of Appeals of the State of Idaho

CHRISTOPHER MARK TAYLOR, )
                                  )    ***SECOND***
     Petitioner-Appellant,       )    REMITTITUR
                                  )
v.                                  )    Supreme Court Docket No. 43000
                                  )    Jerome County D.C. # 2014-857
STATE OF IDAHO, )
                                  )
     Respondent.                )

TO:    FIFTH JUDICIAL DISTRICT, COUNTY OF JEROME.

The Court having announced its Unpublished Opinion in this cause May 17, 2016; and having filed a Remittitur on June 14, 2016; and the Appellant's Petition for Review was filed on July 22, 2016; and the Court having denied Appellant's Petition for Review on August 16, 2016; therefore,

IT IS HEREBY ORDERED that the District Court shall forthwith comply with the directive of the Unpublished Opinion, if any action is required.

DATED this 16 day of August, 2016.

                                                          /s/ Stephen Kenyon
                                                     Clerk of the Court of Appeals
                                                     STATE OF IDAHO

cc:    Counsel of Record
        District Court Clerk
        District Judge

# In the Supreme Court of the State of Idaho

CHRISTOPHER MARK TAYLOR, )
                               ) ORDER DENYING PETITION
       Petitioner-Appellant, ) FOR REVIEW
                               )
v.                               ) Supreme Court Docket No. 43000
                               ) Jerome County D.C. #2014-857
STATE OF IDAHO, )
                               )
       Respondent. ) Ref. No. 16-167

     The Appellant having filed a PETITION FOR REVIEW on July 22, 2016, and a supporting BRIEF on August 10, 2016, seeking review of the Unpublished Opinion of the Court of Appeals filed May 17, 2016; therefore, after due consideration,

     IT IS HEREBY ORDERED that Appellant's PETITION FOR REVIEW be, and hereby is, DENIED.

     DATED this __16__ day of August, 2016.

                                                     By Order of the Supreme Court

                                                     _____
                                                     Stephen W. Kenyon, Clerk

cc:    Counsel of Record

# In the Court of Appeals of the State of Idaho

---

CHRISTOPHER MARK TAYLOR, )
)
   Petitioner-Appellant, ) REMITTITUR
)
v. )
) Docket No. 43000
) Jerome Co. D.C. No. 2014-857
STATE OF IDAHO, )
)
   Respondent. )

TO:   FIFTH JUDICIAL DISTRICT, COUNTY OF JEROME.

The Court having announced its Unpublished Opinion in this cause May 17, 2016, which has now become final; therefore,

IT IS HEREBY ORDERED that the District Court shall forthwith comply with the directive of the Unpublished Opinion, if any action is required.

DATED this 14th day of June, 2016.

*Stephen Kenyon*
Clerk of the Court of Appeals
STATE OF IDAHO

cc:   Counsel of Record
      District Court Clerk
      District Judge