DISTRICT COURT
FIFTH JUDICIAL DIST

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF JEROME

2014 SEP 23 AM 9 21

Michelle Emerson

| | | |
|---|---|---|
| CHRISTOPHER M. TAYLOR, | ) | Civil Case No. CV-2014-857 |
| Petitioner, | ) | District Court No. CR-2011-697 |
| -vs- | ) | |
| | ) | FIRST AFFIDAVIT IN SUPPORT OF |
| THE STATE OF IDAHO, | ) | POST CONVICTION RELIEF |
| Respondent. | ) | |

STATE OF IDAHO  )
                : ss.
The County of ADA )

CHRISTOPHER M. TAYLOR, who after first being duly sworn upon his oath, deposes and says:

1. AFFIANT is the petitioner pro se in the above entitled cause of action; and brings this affidavit of facts in good faith, absent any purpose to delay or annoy:

2. YOUR AFFIANT is a United States citizen, of legal age and competent to provide sworn testimony in any court of law; YOUR AFFIANT is not a member of any U.S. Military or Armed Forces:

3. WERE YOUR AFFIANT to be called upon to provide testimony in the above captioned cause of action, YOUR AFFIANT could and would be able to provide, inter alia, the following factual information:

4. AFFIANT is currently housed within a state correctional facility that lacks any sort of state or federal reporter series, and with only a partial set of Idaho Codes; YOUR AFFIANT has no

FIRST AFFIDAVIT IN SUPPORT OF POST CONVICTION RELIEF - 1

education or any real knowledge of the law; and, as a point of fact, YOUR AFFIANT has been aided to date in these regards by a former inmate law clerk who may or may not be able to continue that support, since the rules regarding such assistance are becoming increasingly more restrictive:

5. AFFIANT has not and does not possess a complete record of these matters, although transcription has occurred.

6. AFFIANT would NOT have accepted the state proffered plea bargain in return for a plea of guilty to two (2) felony charges and multiple enhancements, if he had been informed that one or more fixed life sentences were possible by his attorney, Issac Keppler.

7. YOUR AFFIANT agreed to plea guilty in the final analysis only because of counsel's advice and assurance that the worse he faced was an indeterminate life term.

FURTHER sayeth YOUR AFFIANT naught.
    DATED this 19th day of SEPTEMBER 2014.

                                    CHRISTOPHER M. TAYLOR
                                    Petitioner-Affiant pro se

Sworn and Subscribed this 19TH day September 2014

James G. Quinn, Notary commission expires: 9/10/2019

JAMES G. QUINN
NOTARY PUBLIC
STATE OF IDAHO

FIRST AFFIDAVIT IN SUPPORT OF POST CONVICTION RELIEF - 2