CHRISTOPHER M. TAYLOR # 68340
I.S.C.C. J Pod 120-B
Post Office Box 70010
Boise, Idaho 83707

Petitioner pro se



DISTRICT COURT
FIFTH JUDICIAL DIST
JEROME COUNTY, IDAHO

2014 DEC 9 AM 10 56

Michelle
        CLERK
BY
   DEPUTY CLERK

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF JEROME

| | |
|---|---|
| CHRISTOPHER M. TAYLOR, ) | Civil Case No. CV-2014-857 |
| Petitioner, ) | District Court No. CR-2011-697 |
| ) | |
| -vs- ) | |
| ) | AFFIDAVIT IN SUPPORT OF A |
| THE STATE OF IDAHO, ) | RESPONSE AND OBJECTION TO |
| ) | NOTICE OF INTENT TO DISMISS |
| Respondent. ) | |

STATE OF IDAHO )
             : ss
COUNTY OF ADA )

CHRISTOPHER M. TAYLOR, after first being duly sworn upon his oath, deposes and says:

1.  AFFIANT is the petitioner pro se in the above captioned matter, and brings this response and objection to the Court's Notice of Intent to Dismiss in good faith, absent any purpose to delay or annoy:

2.  AFFIANT has only a limited education and funding, has no knowledge of case law and legal procedure: as a point of fact, all of these filings have been prepared by a former inmate law clerk, who may or may not be able to continue to aide YOUR AFFIANT since the rules that govern such assistance are growing increasingly more restrictive:

3.  AFFIANT has never seen nor possessed the entire case file or fully examined a complete copy of the underlying record and discovery in these matters:

AFFIDAVIT IN SUPPORT OF A RESPONSE AND OBJECTION TO NOTICE OF INTENT TO DISMISS - 1

4. YOUR AFFIANT discussed at length the possible consequences of his plea of guilty with his attorney of record in these matters and can unequivocally state that at no time prior to pronouncement of sentence was YOUR AFFIANT ever informed or advised by his counsel that he could receive a fixed life sentence. Moreover, the sentencing judge never advised YOUR AFFIANT of that same possible outcome either. Nor, was YOUR AFFIANT ever made aware that the prosecuting attorney intended to recommend such a sentence. Had YOUR AFFIANT known that his "plea bargain" allowed life without any possibility of parole, AFFIANT would not have pled guilty.

5. AFFIANT has been adjudged indigent throughout the entire underlying proceedings.

6. THAT the Idaho Correctional Center's legal resource office, where the petitioner is presently housed, has no state or federal reporter series, and contains only the most basic of pre-printed forms, some of which, including those for post conviction relief, are legally inadequate; and, YOUR AFFIANT is of the reasonable belief that absent his appointment of counsel to obtain the relevant records and develop the issues, YOUR AFFIANT'S substantial rights will be adversely impacted.

7. YOUR AFFIANT has read in it's entirety the petition and response and objection to dismiss in these proceedings, and, should YOUR AFFIANT be called upon to provide testimony in these regards, AFFIANT could and would testify that the facts represented therein are a true representation of the events as they occurred throughout the underlying proceedings:

FURTHER sayeth YOUR AFFIANT naught.

_____
CHRISTOPHER M. TAYLOR
Petitioner-Affiant pro se

SUBSCRIBED and SWORN to before me, a Notary Public, this ⁴th day of DECEMBER 2014.

*** SEAL ***  R VERHAGE
NOTARY PUBLIC
STATE OF IDAHO

NOTARY PUBLIC - IDAHO

Commission Expires: 5/3/19

AFFIDAVIT IN SUPPORT OF A RESPONSE AND OBJECTION TO NOTICE OF INTENT TO DISMISS - 2

CERTIFICATE OF SERVICE BY MAILING

      I, DO HEREBY CERTIFY and AFFIRM that a true and correct copy of the foregoing RESPONSE AND OBJECTION TO NOTICE OF INTENT TO DISMISS was served upon the respondents' counsel of record, by placing the same in the U.S. Mail, this 4th day of DECEMBER 2014, addressed as follows:

MR. JOHN HORGAN  
Prosecuting Attorney  
Jerome County Prosecutor's Office  
233 West Main Street  
Jerome, Idaho 83338

                                                      _____  
                                                      CHRISTOPHER M. TAYLOR  
                                                      Petitioner-Affiant pro se

CERTIFICATE OF SERVICE BY MAILING - 1