# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

CHRISTOPHER TAYLOR,

              Petitioner,

    v.

RANDY E. BLADES,

              Respondent.

Case No. 1:15-cv-00552-CWD

**FINAL JUDGMENT**

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DISMISSED IN PART and DENIED IN PART, and judgment is entered in favor of Respondent. In addition, this case is hereby ordered closed.

DATED: February 24, 2020

Honorable Candy W. Dale
United States Magistrate Judge