UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER M. TAYLOR,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>RANDY E. BLADES,<br><br>　　　　　　Respondent. | Case No. 1:15-cv-00552-CWD<br>(9th Cir. Case No. 20-35254)<br><br>**ORDER** |

**IT IS ORDERED:**

1. Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit (Dkt. 59), this case is hereby REOPENED for further proceedings.

2. As instructed by the Circuit, the Court will first determine whether Claim B(2) is procedurally defaulted. *See* Dkt. 56 at 5. Briefing on this issue is complete, and the Court will issue a decision in due course. If this claim survives Respondent's procedural default argument, the Court will set a status conference.

DATED: March 4, 2022

_____
Honorable Candy W. Dale
Chief U.S. Magistrate Judge