UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER M. TAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>RANDY E. BLADES,<br><br>    Respondent. | Case No. 1:15-cv-00552-CWD<br><br>**JUDGMENT ON REMAND** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice, and final judgment is entered in favor of Respondent. In addition, this case is hereby ordered closed.

DATED: January 12, 2024

_____
Honorable Candy W. Dale
U.S. Magistrate Judge